**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-7785**

―――――――――

ALLEN HARPER-EL,

                                        Plaintiff - Appellant,

        and

CHARLES   COLLINS;   KEITH   HAMLIN-BEY;   BRENT
MARLOWE HARRIS; DARRYL JOHNSON-BEY; THORNELL
MARSHALL; KEVIN RUAYON,

                                        Plaintiffs,

        versus

PARRIS GLENDENING, Governor; CURTIS DICKSON,
Administrator, Somerset County Health Depart-
ment;  EARL  D.  BESHEARS,  Chief  Executive,
Eastern Correctional Institution,

                                        Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-97-
3130-L)

―――――――――

Submitted:  April 16, 1998         Decided:  April 30, 1998

―――――――――

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

---

Allen Harper-El, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (1994) action and order denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Harper-El v. Glendening</u>, No. CA-97-3130-L (D. Md. Oct. 16 & Nov. 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>